UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Jane Doe,

        *Plaintiff*,　　　　　　　　　　　　　　　No. 1:24-cv-8054

    v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC.,　　**PROPOSED ORDER**
CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a
COMBS ENTERPRISES LLC, BAD BOY
ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY
RECORDS LLC, BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC, MARRIOTT
INTERNATIONAL, INC and ORGANIZATIONAL DOES 1-10.

        *Defendants*.

---------------------------------------------------------X

**PROPOSED ORDER**

    Upon good cause shown, the request of Plaintiff to proceed using the pseudonym "Jane Doe" is GRANTED.


Date: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Judge Presiding
　　　　　　　　　　　　　　　　　　　　United States District Judge