UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Jane Doe,

        *Plaintiff*,                      No. 1:24-cv-8054 MKV

      v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC.,    **NOTICE OF MOTION**
CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a
COMBS ENTERPRISES LLC, BAD BOY
ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY
RECORDS LLC, BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC, MARRIOTT
INTERNATIONAL, INC and ORGANIZATIONAL DOES 1-10.

        *Defendants*.

---------------------------------------------------------X

    **PLEASE TAKE NOTICE** that on a date and time to be set by the Court, Plaintiff Jane Doe ("Plaintiff"), by and through her attorneys, The Buzbee Law Firm, shall move for entry of an Order granting Plaintiff's motion for reconsideration and for leave to file declaration under seal.

    **PLEASE TAKE FURTHER NOTICE** that the moving party shall rely upon the accompanying Motion and Incorporated Memorandum of Law in support thereof.

Dated: NOVEMBER 4, 2024

                                  Respectfully submitted,

                                  **THE BUZBEE LAW FIRM**

                                  By: */s/ Anthony G. Buzbee*
                                  Anthony G. Buzbee
                                  Texas Bar No. 24001820

tbuzbee@txattorneys.com
Christopher J. Leavitt
Texas Bar No. 24053318
cleavitt@txattorneys.com
Ryan S. Pigg
Texas Bar No. 24088227
rpigg@txattorneys.com
David C. Fortney
Texas Bar No. 24068740
dfortney@txattorneys.com
Colby Holler
Texas Bar No. 24126898
choller@txattorneys.com
Crystal Del Toro
Texas Bar No. 24090070
cdeltoro@txattorneys.com
J.P. Morgan Chase Tower
600 Travis, Suite 7500
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

*Attorneys for Plaintiff John Doe*

- AND -

**AVA LAW GROUP**

Andrew Van Arsdale
CA Bar No. 323370
andrew.vanarsdale@avalaw.com
3667 Voltaire Street, Ste. 101
San Diego, CA 92106
Telephone: (800) 777-4141
Facsimile: (619) 222-3667

- AND -

**CURIS LAW, PLLC**

Antigone Curis
antigone@curislaw.com
52 Duane Street, 7th Floor
New York, New York 10007
Phone: (646) 335-7220
Facsimile: (315) 660-2610