UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Jane Doe,

       *Plaintiff*,　　　　　　　　　　　　　　　　No. 1:24-cv-08054 MKV

    v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS
INC., CE OPCO, LLC d/b/a COMBS GLOBAL　　　　**PROPOSED ORDER**
f/k/a COMBS ENTERPRISES LLC,
BAD BOY ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY
RECORDS LLC, BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC, MARRIOTT
INTERNATIONAL, INC. and ORGANIZATIONAL DOES 1-10,

       *Defendants*.

---------------------------------------------------------X

    Upon good cause shown, the request of Plaintiff for leave to file her declaration in support of her Motion to Proceed Anonymously, and to file that declaration under seal, is GRANTED.

Date: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Mary Kay Vyskocil
　　　　　　　　　　　　　　　　　　　　　　United States District Judge