UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, *proceeding under a pseudonym*,<br><br>                    Plaintiff,<br><br>-against-<br><br>SEAN COMBS, DADDY'S HOUSE RECORDING INC., CE OPCO, LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, MARRIOTT INTERNATIONAL, INC., ORGANIZATIONAL DOES 1-10,<br><br>                    Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/13/2024<br><br>24-cv-8054 (MKV)<br><br><u>ORDER TO AMEND CAPTION</u> |

MARY KAY VYSKOCIL, United States District Judge:

   The Clerk of Court respectfully is requested to amend the case caption to reflect Plaintiff's name as set forth in the Complaint at docket entry 23.

**SO ORDERED.**

**Date:  November 13, 2024**                    _____
**New York, NY**                                        **MARY KAY VYSKOCIL**
                                                                      **United States District Judge**