UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

JANE DOE
Plaintiff(s),

vs.

Sean Combs, et al
Defendant(s).

ATTORNEY: CURIS LAW, PLLC

CASE NUMBER: 1:24-CV-08054-MKV

DATE OF FILING: 10/23/2024

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, Juliya Maiouchkina, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **12/31/2024** at **8:41 AM** at **c/o CSC, 80 State Street, Albany, NY 12207**,
Deponent served the **Summons in a Civil Action, Civil Complaint and Demand for Jury Trial, Civil Cover Sheet, Notice of Motion, Declaration of Anthony G. Buzbee in Support of Plaintiff's Motion to Proceed Anonymously, Memorandum of Law in Support of Plaintiff's Motion to Proceed Anonymously** upon **MARRIOTT INTERNATIONAL, INC.** , defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **"John Doe"** personally for **MARRIOTT INTERNATIONAL, INC.** Deponent knew the individual accepting service to be an/the **Registered Agent** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male**  Skin: **White**  Hair: **Reddish Brown**  Age (Approx): **46** Height(Approx): **6'3"**  Weight(Approx): **200-225 lbs**  Glasses: **No**  Other: **Beard**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Juliya Maiouchkina

Sworn to before me this
December 31 2024

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Executive Attorney Service, Inc. 100 Crossways Park Dr W, Ste 402, Woodbury, NY 11797 5162261073 Lic# 1422060
Case No: 1715908