January 21, 2025

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/21/2025
```

      Re:    *McCrary v. Combs, et. al.*, Case No. 24-cv-08054 (MKV)

Dear Judge Vyskocil:

      We write jointly on behalf of the Plaintiff in this action and defendants Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants") and defendant Bad Boy Records, LLC.

      The undersigned parties have agreed that the Combs Defendants and Bad Boy Records, LLC will accept service through the undersigned counsel of the Complaint (ECF #23) in exchange for Plaintiff's consent to an extension of time to respond to each until **February 18, 2025**.

      Consistent with this agreement, the undersigned parties respectfully request that the Court enter a scheduling order providing that the Combs Defendants and Bad Boy Records, LLC shall have until **February 18, 2025** to answer, move, or otherwise respond to the Complaint. No prior request for this relief has been made.

      Respectfully submitted,

| | |
|---|---|
| */s/ Mark Cuccaro* | */s/ Antigone Curis* |
| Mark Cuccaro | Antigone Curis |
| SHER TREMONTE LLP | CURIS LAW, PLLC |
| 90 Broad Street, 23rd Fl. | 52 Duane Street, 7th Fl. |
| New York, New York 10004 | New York, NY 10007 |
| T: 212.202.2600 | (646) 335-7220 |
| mcuccaro@shertremonte.com | antigone@curislaw.com |
| *Counsel for the Combs Defendants* | *Counsel for Plaintiff John Doe* |

Hon. Mary Kay Vyskocil
January 21, 2025
Page 2 of 2

*/s/ Donald S. Zakarin*
Donald S. Zakarin
PRYOR CASHMAN, LLP
7 Times Square
New York, NY 10036
212-326-0108
dzakarin@pryorcashman.com
*Counsel for Defendant Bad Boy Records, LLC*

GRANTED.

SO ORDERED.

Date: 1/21/2025
New York, New York

Mary Kay Vyskocil
United States District Judge