## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANDICE MCCRARY,<br><br>                     *Plaintiff*,<br>    v.<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, MARRIOTT INTERNATIONAL, INC. and ORGANIZATIONAL DOES 1-10<br><br>                     *Defendants*. | Case No. 1:24-cv-08054<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT Neal F. Kronley, an attorney of counsel with the law firm DLA Piper LLP (US), hereby enters an appearance in the above-captioned action as counsel for defendant Marriott International, Inc., and respectfully requests that all notices and other papers in this action be served upon the undersigned at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: January 21, 2025
       New York, New York

DLA PIPER LLP (US)

By: */s/ Neal F. Kronley*
     Neal F. Kronley

1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4500
neal.kronley@us.dlapiper.com

*Attorneys for Defendant*
*Marriott International, Inc.*