IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANDICE MCCRARY,<br><br>                    *Plaintiff*,<br>     v.<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, MARRIOTT INTERNATIONAL, INC. and ORGANIZATIONAL DOES 1-10<br><br>                    *Defendants*. | Case No. 1:24-cv-08054 |

## **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Ellen E. Dew, hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Marriott International, Inc. in the above-captioned action.

I, Ellen E. Dew, am in good standing in the state bar of Maryland and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. An affidavit and a certificate of good standing are attached pursuant to Local Rule 1.3.

Dated: January 27, 2025

Respectfully Submitted,

*/s/ Ellen E. Dew*
Ellen E. Dew
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202-4576
T: (410) 580-3000
F: (410) 580-3001
ellen.dew@us.dlapiper.com

*Attorney for Defendant*
*Marriott International, Inc.*