UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANDICE MCCRARY,<br><br>                         Plaintiff,<br><br>     -against-<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS, INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, MARRIOTT INTERNATIONAL, INC., AND ORGANIZATIONAL DOES 1-10,<br><br>                         Defendants. | Case No. 24-cv-8054<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Raphael A. Friedman of the firm Sher Tremonte LLP, hereby appears as counsel for Defendant Sean Combs, Daddy's House Recordings, Inc., CE OpCO, LLC  d/b/a Combs Global f/k/a Combs Enterprises LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC in connection with the above-captioned action.

Dated: New York, New York
       February 18, 2025

                          **SHER TREMONTE LLP**

                          By: /s/ *Raphael A. Friedman*
                                 Raphael A. Friedman
                          90 Broad Street, 23rd Floor
                          New York, New York 10004
                          Tel: 212.202.2600
                          Email: RFriedman@shertremonte.com

                          *Attorney for Defendant Sean Combs, Daddy's House Recordings, Inc., CE OpCO, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC*