```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| CANDICE MCCRARY,<br><br>                     Plaintiff,<br><br>-against-<br><br>SEAN COMBS, DADDY'S HOUSE RECORDING INC., CE OPCO, LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, MARRIOTT INTERNATIONAL, INC., ORGANIZATIONAL DOES 1-10,<br><br>                     Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 2/18/2025<br><br>24-cv-8054 (MKV)<br><br><u>ORDER</u> |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' letters about the contemplated motions to dismiss of Defendant Marriott International, Inc. and Defendants Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC, respectively [ECF Nos. 35, 39, 45]. The Court concludes that a pre-motion conference is not necessary. Defendants' respective requests for leave to file motions to dismiss are GRANTED. The Court also GRANTS Plaintiff leave to file an amended complaint before any such motion is filed.

The Court notes that Plaintiff's letter in opposition to the pre-motion letter filed by Marriott International, Inc. [ECF No. 39] is signed by Anthony Buzbee. The Court has been informed that Mr. Buzbee is not admitted to practice in the Southern District of New York. He has not filed a motion to appear pro hac vice in this case. As such, Mr. Buzbee is in violation of Local Civil Rule

1.3. Accordingly, IT IS HEREBY ORDERED that Mr. Buzbee must file a motion to appear pro hac vice no later than February 21, 2025.

IT IS FURTHER ORDERED that by February 25, 2025, Plaintiff shall file a letter informing the Court and Defendants whether Plaintiff intends to file an amended complaint. **This will be Plaintiff's last opportunity to amend in response to any issue raised in the parties' pre-motion letters.**

IT IS FURTHER ORDERED that, if Plaintiff elects to amend, she shall file the amended complaint by March 4, 2025. Defendants shall respond to the amended complaint within 14 days of its filing. If Defendants respond with motions to dismiss, further briefing shall be submitted on the schedule set forth in Local Civil Rule 6.1(b).

IT IS FURTHER ORDERED that, if Plaintiff elects not to amend, Defendants shall file their contemplated motions by March 4, 2025. Further briefing shall be submitted on the schedule set forth in Local Civil Rule 6.1(b).

Any request for an extension must be filed on ECF at least 48 hours before the deadline.

**The parties are on notice that failure to comply with the Court's orders, the Federal Rules of Civil Procedure, the Local Rules, or this Court's Individual Rules of Practice may result in sanctions, including: monetary sanctions on counsel and/or the parties; dismissal or preclusion of claims, defenses, arguments, or evidence; and the case-terminating sanctions of dismissal/default judgment.**

The Clerk of Court respectfully is requested to terminate the letter motions pending at docket entries 35 and 45.

**SO ORDERED.**

Date: **February 18, 2025**  
New York, NY

_____  
MARY KAY VYSKOCIL  
United States District Judge