UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                    :

In the Matter of                               :        M-2-238

ANTHONY G. BUZBEE,                 :

                                                    :        **ORDER**

                        Petitioner.      :
------------------------------------------------------X

      The Committee on Grievances ("Committee") has considered Anthony G. Buzbee's petition for admission to the United States District Court for the Southern District of New York (the "Petition"), which was filed on January 29, 2025.  Per the Committee's review of the dockets, Mr. Buzbee has appeared in cases in this Court without seeking admission.  Therefore, the Petition is denied.  In the event Mr. Buzbee moves for *pro hac vice* or regular admission in this Court in the future, he must attach a copy of this Order to his motion or petition.

Dated:     New York, New York
            February 13, 2025

                                            SO ORDERED.

                                            _____
                                            Katherine Polk Failla
                                            Chair, Committee on Grievances, S.D.N.Y.