UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

CANDICE MCCRARY,

        *Plaintiff*,                                                              No. 1:24-cv-8054-MKV

   v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC.,                    **MOTION FOR**
CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a                         **ADMISSION**
COMBS ENTERPRISES LLC, BAD BOY                                **PRO HAC VICE**
ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY
RECORDS LLC, BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC, MARRIOTT
INTERNATIONAL, INC and ORGANIZATIONAL DOES 1-10.

        *Defendants*.

----------------------------------------------------------X

        Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Anthony G. Buzbee hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for plaintiff Candice McCrary in the above-captioned action.

        I am in good standing of the bars of the states of Texas and New York, as well as the Eastern District of New York. One grievance was recently filed against me in the Southern District of New York, as explained in the attached affidavit, but otherwise I have not been the subject of any disciplinary proceeding. I was recently denied admission to the bar of the Southern District of New York based in large part on the grievance referenced above, as explained in the attached affidavit, but otherwise have never been censured, suspended, disbarred, or denied

admission or readmission by any court. I have never been convicted of a felony. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 21, 2025

Respectfully submitted,

Anthony G. Buzbee
The Buzbee Law Firm
600 Travis Street, Suite 7500
Houston, TX 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
tbuzbee@txattorneys.com