UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

CANDICE MCCRARY,

       *Plaintiff*,                       No. 1:24-cv-8054-MKV

       v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC.,     **MOTION FOR**
CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a                 **ADMISSION**
COMBS ENTERPRISES LLC, BAD BOY                        **PRO HAC VICE**
ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY
RECORDS LLC, BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC, MARRIOTT
INTERNATIONAL, INC and ORGANIZATIONAL DOES 1-10.

       *Defendants*.

---------------------------------------------------------X

## DECLARATION OF ANTIGONE CURIS

I, Antigone Curis, pursuant to 28 U.S.C. § 1746, hereby declare under the penalty of perjury as follows:

1. I am an attorney and member of the law firm Curis Law, PLLC, located at 52 Duane Street Floor 7, New York, New York 10007. I am admitted to this Court and a member in good standing of the Bar of the State of New York.

2. I submit this declaration in support of the motion for admission of Anthony G. Buzbee to practice *pro hac vice* in the above-captioned matter.

3. As demonstrated by the certificates of good standing annexed to Mr. Buzbee's affidavit ("**Exhibit A**"), certificate of good standing.

4. I am advised by Mr. Buzbee has never been convicted of a felony.

5. I am advised by Mr. Buzbee that he has never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE, I respectfully request the admission of Anthony G. Buzbee *as pro hac vice* in the above-referenced matter.

Dated: New York, New York

          **CURIS LAW, PLLC**

          ***By: /s/Antigone Curis***
          antigone@curislaw.com
          52 Duane Street, 7th Floor
          New York, New York 10007
          Phone: (646) 335-7220
          Facsimile: (315) 660-2610