AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, **Brenna B. Mahoney**, Clerk of this Court, certify that **Anthony Glen Buzbee**, Bar # **5686712**, was duly admitted to practice in this Court on **06/04/2021**, and is in good standing as a member of the Bar of this Court.

Dated at **Brooklyn** on **01/29/2025**
*(Location)* *(Date)*

Brenna B. Mahoney
*CLERK OF COURT*

Shannon Hernandez
Deputy Clerk

