UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

CANDICE MCCRARY,

       *Plaintiff*,                                   No. 1:24-cv-8054-MKV

      v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC.,    **ORDER FOR**
CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a                **ADMISSION**
COMBS ENTERPRISES LLC, BAD BOY                        **PRO HAC VICE**
ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY
RECORDS LLC, BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC, MARRIOTT
INTERNATIONAL, INC and ORGANIZATIONAL DOES 1-10.

       *Defendants*.

-------------------------------------------------------X

      The motion of Anthony G. Buzbee for admission to practice *pro hac vice* in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of the states of Texas and New York, as well as of the Eastern District of New York; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Anthony G. Buzbee |
| Firm Name: | The Buzbee Law Firm |
| Address: | 600 Travis Street, Suite 7500 |
| City / State / ZIP: | Houston, TX 77002 |
| Telephone / Fax: | Telephone: (713) 223-5393 |
| | Facsimile: (713) 223-5909 |
| | tbuzbee@txattorneys.com |

1

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Candice McCrary in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____      _____
                                   Hon. Mary Kay Vyskocil
                                   United States District Judge