# CURIS LAW, PLLC

52 Duane Street, Floor 7 | New York, NY 10007
Tel: 646.335.7220 | Fax: 315.660.2610
www.curislaw.com

February 25, 2025

**VIA ECF**

Honorable Mary Vyskocil
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dear Judge Vyskocil,

    This letter is to inform the Court that we do not intend to file an amended complaint in this action as outlined in the Court's February 18, 2025 order.

    Thank you.

    Respectfully,
    */s/ Antigone Curis*