UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| CANDICE MCCRARY, | : |
| | : |
| Plaintiff, | : Case No. 24-CV-08054-MKV |
| | : |
| v. | : Hon. Mary Kay Vyskocil |
| | : |
| SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, MARRIOTT INTERNATIONAL, INC. and ORGANIZATIONAL DOES 1-10 | : **ORAL ARGUMENT REQUESTED** |
| Defendants. | : |

------------------------------------x

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the declaration of Mark Cuccaro in Support of Motion to Dismiss, and the exhibits appended thereto, and upon all prior proceedings herein, Defendants Sean Combs, Daddy's House Recordings Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (collectively, the "Combs Defendants") will move this Court, in accordance with Fed. R. Civ. P. 12(b)(6), before the Honorable Mary Kay Vyskocil, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order dismissing Plaintiff Candice McCrary's claims in the Amended Complaint (ECF #23) against the Combs Defendants with prejudice.

Dated: March 4, 2025
      New York, New York

                                    SHER TREMONTE LLP

                                    */s/ Mark Cuccaro*
                                    Mark Cuccaro
                                    Michael Tremonte
                                    Erica A. Wolff
                                    Raphael A. Friedman
                                    90 Broad Street, 23rd Floor
                                    New York, NY 10004
                                    (212) 202-2600
                                    mcuccaro@shertremonte.com
                                    mtremonte@shertremonte.com
                                    ewolff@shertremonte.com
                                    rfriedman@shertremonte.com
                                    *Attorneys for Combs Defendants*

Case 1:24-cv-08054-MKV    Document 56    Filed 03/04/25    Page 2 of 2