UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

CANDICE MCCRARY,

          Plaintiff,

    – against –

SEAN COMBS, DADDY'S HOUSE RECORDINGS
INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a
COMBS ENTERPRISES LLC, BAD BOY
ENTERTAINMENT HOLDINGS, INC., BAD BOY
BOOKS HOLDINGS, INC., BAD BOY RECORDS
LLC, BAD BOY ENTERNTAINMENT LLC, BAD
BOY PRODUCTIONS LLC, MARRIOTT
INTERNATIONAL, INC. and ORGANIZATIONAL
DOES 1-10,

         Defendants.
------------------------------------------------------------------ X

Civ. No. 1:24-cv-08054-MKV

**Hon. Mary K. Vyskocil**

**ORAL ARGUMENT
REQUESTED**

## NOTICE OF DEFENDANT MARRIOTT INTERNATIONAL, INC.'S MOTION TO DISMISS THE COMPLAINT

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss the Complaint ("Memorandum"), defendant Marriott International, Inc. ("Marriott") will move before the Honorable Mary K. Vyskocil, United States District Judge for the Southern District of New York at 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, for an Order pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint with prejudice and for such other and further relief as the Court deems just and proper.  The grounds upon which Marriott seeks relief are set forth in detail in the accompanying Memorandum.

Dated: March 4, 2025       Respectfully submitted,
    New York, New York

             **DLA PIPER LLP (US)**

By: */s/ Neal Kronley*

Neal Kronley
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 335-4500
Email: neal.kronley@us.dlapiper.com

Michael P. O'Day (admitted *pro hac vice*)
Ellen E. Dew (admitted *pro hac vice*)
650 S. Exeter St., Suite 1100
Baltimore, Maryland 21202
Phone: (410) 580-3000
Email: michael.oday@us.dlapiper.com
ellen.dew@us.dlapiper.com

*Counsel for Defendant Marriott International, Inc.*