UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CANDICE McCrary,                                              No. 24-cv-08054

    *Plaintiff,*

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC.,
CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS
ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS,
INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY
BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY
ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC,
MARRIOTT INTERNATIONAL, INC and
ORGANIZATIONAL DOES 1-10,

    *Defendants.*

---------------------------------------------------------X

## NOTICE OF MOTION TO WITHDRAW APPEARENCE

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4(b), Anthony Buzbee, an attorney for Plaintiff in the above-captioned action, hereby moves to withdraw his appearance as an attorney of record until such time as he is admitted to practice in this Honorable District. Plaintiff will continue to be represented by remaining counsel of record from Curis Law.

Dated: March 20, 2025                                      Respectfully Submitted,

                                                            */s/ Anthony G. Buzbee*
                                                            Anthony G. Buzbee
                                                            The Buzbee Law Firm
                                                            J.P. Morgan Chase Tower 600 Travis, Suite 7500
                                                            Houston, Texas 77002
                                                            Telephone: (713) 223-5393
                                                            Facsimile: (713) 223-5909
                                                            Attorneys for Plaintiff John Doe