# CURIS LAW, PLLC
52 Duane Street, Floor 7 | New York, NY 10007
Tel: 646.335.7220 | Fax: 315.660.2610
www.curislaw.com

March 20, 2025

**VIA ECF**
The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 21A
New York, NY 10007-1312

*Re*: *McCrary v. Sean Combs, et al.*, **24-CV-08054**

Dear Judge Vyskocil:

    We write on behalf of ("Plaintiff"), to inform the Court that Plaintiff's motion for Anthony G. Buzbee, Esq. to appear in this action pro hac vice is formally being withdrawn. Docket Entries 49-51.

Respectfully,

*Antigone Curis*
_____