UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANDICE MCCRARY,

                 Plaintiff,

-against-

SEAN COMBS, DADDY'S HOUSE RECORDING INC., CE OPCO, LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, MARRIOTT INTERNATIONAL, INC., ORGANIZATIONAL DOES 1-10,

                 Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2025

24-cv-8054 (MKV)

ORDER DENYING MOTIONS
TO APPEAR PRO HAC VICE
AND TO WITHDRAW

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiff's counsel Anthony G. Buzbee has filed a motion to appear in this action *pro hac vice* [ECF No. 51] in response to an Order of this Court [ECF No. 47]. Mr. Buzbee had previously improperly filed numerous actions in this Court and scores of submissions in this case and other cases, using the ECF credentials of another attorney, without having even applied for regular or *pro hac vice* admission to the United States District Court for the Southern District of New York [*see* ECF No. 39]. In the interim, Mr. Buzbee applied for admission to the Southern District; however, as he now acknowledges, on February 13, 2025, the Committee on Grievances of this Court denied his belated application for regular admission on the basis that he had appeared in cases without seeking admission. M-2-238 [ECF No. 4]. Mr. Buzbee attached the Order of the Grievance Committee to his *pro hac* application in this case as the Grievance Committee Order directed him to do [ECF No. 51-6]. Also accompanying the *pro hac* motion was an undated affidavit of an attorney Mr. Buzbee calls local counsel, Antigoe Curis, attesting that "I am advised

by Mr. Buzbee that he has never been censured, suspended, disbarred *or denied admission* or readmission by any court" [ECF No. 51-1 ¶ 5 (emphasis added)].

Thereafter, Defendants filed an opposition to Mr. Buzbee's application for *pro hac* admission in connection with this case, relying in part on the Order of the Grievance Committee denying him admission to practice in the Southern District of New York and on Mr. Buzbee's practice of filing cases and making submissions in cases without being admitted and otherwise failing to abide by the Local Rules of this Court and ethical guidelines [ECF No. 54].  Local counsel has now advised the Court that "Plaintiff's motion for Anthony G. Buzbee, Esq. to appear in this action pro hac vice is formally being withdrawn" [ECF No. 75].  As such, the motion for admission pro hac vice is DENIED as moot.

Mr. Buzbee also submitted, through local counsel, a motion to "*withdraw his appearance* as an attorney of record until such time as he is admitted to practice in this Honorable District" [ECF No. 74 (emphasis added)].  However, Mr. Buzbee never filed an appearance in this action.  Rather, as stated above, Mr. Buzbee improperly filed and litigated this case using the ECF credentials of local counsel, whose apparent complicity in his improper conduct may be grounds for sanctions.  As such, the motion to withdraw is DENIED.

**Plaintiff's counsel is on notice that further failure to comply with the procedural rules that govern this Court and her ethical responsibilities will have grave consequences.**

The Clerk of Court respectfully is requested to terminate the motion at docket entries 51 and 74.

**SO ORDERED.**

**Date:  March 21, 2025**
**        New York, NY**

*Mary Kay Vyskocil* (signature)
**MARY KAY VYSKOCIL**
**United States District Judge**