UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANDICE MCCRARY,

                Plaintiff,

-against-

SEAN COMBS, DADDY'S HOUSE RECORDING INC., CE OPCO, LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, MARRIOTT INTERNATIONAL, INC., ORGANIZATIONAL DOES 1-10,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2025

24-cv-8054 (MKV)

ORDER TO SHOW CAUSE

MARY KAY VYSKOCIL, United States District Judge:

On March 21, 2025, the Court issued an Order denying the motion of Anthony Buzbee for admission *pro hac vice* in this case [ECF No. 76 ("Order")]. Plaintiff's local counsel, Antigoe Curis, filed a letter, dated March 24, 2025, in response to that Order [ECF No. 77 (the "Letter")]. In the Letter, Ms. Curis represents that she has "reviewed all documents in this case and filed them under [her] ECF because [she] approved them." Letter at 1.

As the Court pointed out in its earlier Order, however, Ms. Curis filed on ECF Mr. Buzbee's *pro hac* application, which included her own affidavit in which she attests: "I am advised by Mr. Buzbee that he has never been censured, suspended, disbarred *or denied admission* or readmission by any court" [ECF No. 51-1 ¶ 5 (emphasis added)]. Mr. Curis simultaneously filed, as part of the same application, the Order of the Grievance Committee of this Court *denying* Mr. Buzbee's application for admission to the Southern District of New York [ECF No. 51-6]. As such, Ms.

Curis, who represents in her Letter that she "reviewed" and "approved" "all documents" before filing them on ECF, filed a document that directly contradicted her own affidavit.

Accordingly, IT IS HEREBY ORDERED that Ms. Curis shall show cause why she should not be sanctioned for making false or misleading representations to the Court. The parties shall appear for a hearing on this Order To Show Cause on April 14, 2025 at 11:00 a.m.

**All parties and their counsel are on notice that failure to comply with court orders, all applicable rules, and professional ethical obligations may result in sanctions.**

SO ORDERED.

Date: March 28, 2025
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**